UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOUIS GRAYSON, | No. CV 16-1504 CAS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| FRED FIGUEROA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 29, 2017

_____
CHRISTINA A. SNYDER
United States District Judge